**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6314

MARJIL LEE BERGARA,

Plaintiff - Appellant,

versus

A. BENTON CHAFIN,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James P. Jones, Chief District Judge.  (7:07-cv-00061-jpj)

Submitted: August 30, 2007          Decided:  September 6, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Marjil Lee Bergara, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marjil Lee Bergara appeals the district court's order dismissing under 28 U.S.C. § 1915A(b) (2000) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>See</u> <u>Bergara v. Chafin</u>, No. 7:07-cv-00061-jpj (W.D. Va. Feb. 20, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>